UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| KIMBERLY L. COX, | § § § | |
| Plaintiff, | § § | |
| VS. | § § | CIVIL NO. 2:14-cv-00810-JRG-RSP |
| MEGAN J. BRENNAN, Postmaster. General of the United States, U.S. Postal Service. | § § § § § § | |
| Defendant. | § | |

**PLAINTIFF'S TRIAL EXHIBIT LIST – EXHIBIT B**

Plaintiff, Kimberly L. Cox, pursuant to the Court's Docket Control Order entered in this case, files this Trial Exhibit List for identification. At this time, Plaintiff list the following exhibits for trial.

1. Exhibit 1 – PS Form 1769/301 Accident Report (Depo Ex 1)
2. Exhibit 2 – CA-1 08/22/12 (Depo Ex 2)
3. Exhibit 3 – Pictures (Depo Ex 3)
4. Exhibit 4 – Notice of Removal (Depo Ex 8)
5. Exhibit 5 – Video Taping of Sartors (Produced in Discovery)
6. Exhibit 6 – Joe McQuiston Affidavit (ROI Bate stamp 135)
7. Exhibit 7 – Notice of Traumatic Injury (ROI Bate stamp 258 – 260)
8. Exhibit 8 – Philip Cox's Statement 10-22-2012
9. Exhibit 9 – Ronnie Sartors Statement 09-09-2012 (Depo Ex 1)
10. Exhibit 10 – Ronnie Sartors Statement 09-05-2012 (Depo Ex 2)
11. Exhibit 11 – Informal Complaint (ROI Bate stamp 44 – 47)

12. Exhibit 12 – Formal Complaint (ROI Bate stamp 31 – 32)

13. Exhibit 13 – Emergency Procedure (Roi Bate stamp 242)

14. Arbitration Decision Case No: G06N-4G—D

15. NALC Outside Designation (ROI Bate stamp 66)

16. NALC Correspondence with PM McQuiston (ROI Bate stamp 69)

17. Disciplinary Request/Just Cause Worksheet (ROI Bate stamp 70-71)

18. Notice of Traumatic Injury (ROI Bate stamp 212 – 215

19. Good Shepard Out Patient Questionnaire (ROI Bate stamp 216)

20. Discharge Instructions (ROI Bate stamp 216 – 232)

21. Reverse rescinding CA1 (ROI Bate stamp 278)

22. CA 17 09/06/12 (ROI Bate stamp 287)

23. CA 17 08/22/12 (ROI Bate stamp 238)

24. Dr. Gratton Medical Records

25. Dr. McShan Medical Records

26. Counselor Stalker counseling records

Plaintiff reserves the right to supplement exhibits.

Respectfully submitted,
/s/ Rebecca L. Fisher

Rebecca L. Fisher
Texas Bar No. 00790687
P.O. Box 781369
San Antonio, Texas 78278
Telephone: 210-988-2977
Facsimile: 210-988-2907
Email: rebeccafisherlaw@gmail.com
ATTORNEY FOR PLAINTIFF
KIMBERLY L. COX

## CERTIFICATE OF SERVICE

I hereby certify that on this 16th day of February, 2017, I electronically served a copy of this document on the attorney for the Defendant by use of the Court's CM/ECF system.

/s/ Rebecca L. Fisher
Rebecca L. Fisher