IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| KIMBERLY L. COX, | § § § § | |
| Plaintiff, | | |
| v. | § § § | Case No. 2:14-cv-810-JRG-RSP |
| MEGAN J. BRENNAN, Postmaster General of the United States, U.S. Postal Service, | § § § § | |
| Defendant. | § § | |

## VERDICT FORM

In answering questions, you are to follow all of the instructions I have given you in this Court's Final Instructions to the Jury. Your answer to each question must be unanimous.

As used herein, "Ms. Cox" or "Plaintiff" means Kimberly L. Cox.

**QUESTION 1:**

Do you find, from a preponderance of the evidence, that Plaintiff Ms. Cox would not have been terminated from employment with the U.S. Postal Service, effective November 15, 2012, but for her complaints, if any, that Cynthia Freeman had created a race/gender-based hostile work environment at the Kilgore Post Office?

Answer "Yes" or "No"

_____YES_____

IF YOU ANSWER QUESTION 1 YES, THEN ANSWER QUESTION 2. OTHERWISE, DO NOT ANSWER QUESTION 2.

**QUESTION 2:**

What sum of money, if paid in cash, would fairly and reasonably compensate Plaintiff Ms. Cox for mental and emotional distress, if any, you have found that the U.S. Postal Service caused her to sustain by removing her from her federal employment effective November 15, 2012?

Answer in dollars and cents.

$ _250,000.00_

Signed this _21_ day of April, 2017.

_____
JURY FOREPERSON