AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

Eastern DISTRICT OF Texas

Kimberly L. Cox

V.

Megan J. Brennan

**EXHIBIT AND WITNESS LIST**

Case Number: 2:14-cv-00810-JRG-RSP

| PRESIDING JUDGE<br>Rodney Gilstrap | PLAINTIFF'S ATTORNEY<br>Rebecca L. Fisher | DEFENDANT'S ATTORNEY<br>Bradley Visosky |
|---|---|---|
| TRIAL DATE (S)<br>4/19/2017 | COURT REPORTER | COURTROOM DEPUTY |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| 1 | | | | | PS Form 1769/301 Accident Report (Depo Ex 1) |
| 2 | | 4/19/17 | | | CA-1 08/22/12 (Depo Ex 2) |
| 3 | | 4/19/17 | | | Pictures (Depo Ex 3) |
| 4 | | 4/19/17 | | | Notice of Removal (Depo Ex 8) |
| 5 | | | | | Notice of Traumatic Injury (ROI Bate Stamp 258-260) |
| 6 | | 4/19/17 | | | Ronnie Sartors Statement 09/09/2012 (Depo Ex 1) |
| 7 | | 4/19/17 | | | Ronnie Sartors Statement 09/05/2012 (Depo Ex 2) |
| 8 | | | | | Informal Complaint (ROI Bate Stamp 44-47) |
| 9 | | | | | Formal Complaint (ROI Bate Stamp 31-32) |
| 10 | | 4/20/17 | | | Emergency Procedure (ROI Base Stamp 242) |
| 11 | | 4/19/17 | | | Arbitration Decision Case No. G06N-4G-D |
| 12 | | | | | NALC Outside Designation (ROI Bate Stamp 66) |
| 13 | | | | | NALC Correspondence with PM McQuiston (ROI Bate Stamp 69) |
| 14 | | | | | Disciplinary Request/Just Cause Worksheet (ROI Bate Stamp 70-71) |
| 15 | | | | | Notice of Traumatic Injury (ROI Bate Stamp 212-215) |
| 16 | | | | | Good Shepard Out Patient Questionnaire (ROI Bate Stamp 216) |
| 17 | | 4/19/17 | | | Discharge Instructions (ROI Bate Stamp 216-232) |
| 18 | | 4/19/17 | | | Reverse rescinding CA-1 (ROI Bate Stamp 278) |
| 19 | | 4/19/17 | | | CA 17 09/06/12 (ROI Bate Stamp 287) |
| 20 | | | | | CA 17 08/22/12 (ROI Bate Stamp 238) |
| 21 | | | | | Dr. Gratton Medical Records (USPS_003490-3556) |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of 1 Pages