# EXHIBIT 4

# DECLARATION OF FACT

I make this Declaration that the facts stated below and true and correct.

*Katherine Burrow*

Katherine Burrow

Central Texas Litigation Support Services, Inc.

| DATE | INVOICE | DESCRIPTION | AMOUNT |
|---|---|---|---|
| 12/8/2016 | 1628763 | Process Service on Ronnie Sartors | $185.08 |
| 1/7/2017 | 28814 | Deposition of Cynthia Freeman | $577.50 |
| 1/16/2017 | 28939 | Deposition of Cynthia Freeman; Joe McQuiston; Ronnie Sartors | $1,945.64 |
| 4/19/2017 | 30277 | Process Service on Ronnie Sartors | $203.75 |
| 4/26/2017 | 30404 | Process Service on Cynthia Freeman | $220.08 |
| | | TOTAL | $3,132.05 |

Before me, a notary public, on this day personally appeared the above named person, known to me to be the person whose name is subscribed to the foregoing document and, being by me first duly sworn, declared that the statements therein contained are within his/her personal knowledge and experience to be true and correct, given under my hand and seal of office on the 5th day of May, 2017.

*Brenda Atteberry*

State of Texas Notary Public

BRENDA ATTEBERRY
MY COMMISSION EXPIRES
August 16, 2019

**Central Texas Litigation**
Support Services, Inc.
7215 Bosque Blvd
Waco, TX. 76710
www.centexlitigation.com
(254) 399-9400

STAPLE

# Invoice

| Date | Invoice # |
|---|---|
| 12/8/2016 | 1628763 |

Rebecca L. Fisher, Attorney at Law
P. O. Box 781369
San Antonio, TX 78278


PAID 03/17/2017

**NEED A COURT REPORTER?**

Call us Today or email
CTLReporting@centexlitigation.com

| Job # | Terms | Client Ref # | Cause # |
|---|---|---|---|
|  | Net 30 |  | 2:14-cv-00810-JRG-RSP |

| Description | Qty | Rate | Amount |
|---|---|---|---|
| Kimberly L. Cox vs Megan Brennan, Postmaster General of the United States U.S. Postal Services | | | |
| RUSK COUNTY SERVICE FEE: | 1 | 95.00 | 95.00 |
| Ronnie Sartors, 606 N. Motley Drive, Overton, TX 75684 on 11/29/16 at 4:32 pm | | | |
| WITNESS FEE | 1 | 65.08 | 65.08 |
| SUBPOENA PREPARATION | | 25.00 | 25.00 |

Announcing our new Client Portal to better serve you in the area of process service. As we continue to install new features, you are able to view the status updates on your documents. Check it out at http://central.lookupstatus.com. For assitance contact our office at 254-399-9400.

**HUB CERTIFIED**

| | |
|---|---|
| Subtotal | $185.08 |
| Sales Tax (8.25%) | $0.00 |
| Balance Due | $0.00 |

------------------ PLEASE DETACH AND RETURN THIS PORTION WITH YOUR PAYMENT ----------------------
PLEASE PUT YOUR INVOICE NUMBER ON YOUR CHECK

**Central Texas Litigation**
Support Services, Inc.
7215 Bosque Blvd
Waco, TX. 76710

Account #

Invoice Date   12/8/2016

Invoice #   1628763

Rebecca L. Fisher, Attorney at Law
P. O. Box 781369
San Antonio, TX 78278

**Balance Due**   $0.00

Contact us at:
Office: 254-399-9400
Fax: 254-399-9404
www.centexlitigation.com
Email: centex@centexlitigation.com
TAX ID# 20-2888848

**Central Texas Litigation**
Support Services, Inc.
7215 Bosque Blvd
Waco, TX. 76710
www.centexlitigation.com
(254) 399-9400

STAPLE

# Invoice

| Date | Invoice # |
|---|---|
| 1/7/2017 | 28814 |

Rebecca L. Fisher, Attorney at Law
P. O. Box 781369
San Antonio, TX 78278


PAID 03/17/2017

**NEED A COURT REPORTER?**

Call us Today or email
CTLReporting@centexlitigation.com

| Job # | Terms | Client Ref # | Cause # |
|---|---|---|---|
| V16-111 | Net 30 | | 2:14-CV-00810-JRG-RSP |

| Description | Qty | Rate | Amount |
|---|---|---|---|
| Videotaped Deposition of Cynthia Freeman taken on December 1, 2016-DVD | | 577.50 | 577.50 |
| Videographer: Central Texas Litigation | | | |
| Civil Action No. 2:14-CV-00810-JRG-RSP | | | |
| In the United States District Court for the Eastern District of Texas, Marshall Division | | | |
| Kimberly L. Cox vs. Megan J. Brennan, et al | | | |

Announcing our new Client Portal to better serve you in the area of process service. As we continue to install new features, you are able to view the status updates on your documents. Check it out at http://central.lookupstatus.com. For assitance contact our office at 254-399-9400.

HUB CERTIFIED

| | |
|---|---|
| Subtotal | $577.50 |
| Sales Tax (8.25%) | $0.00 |
| Balance Due | $0.00 |

------------------ PLEASE DETACH AND RETURN THIS PORTION WITH YOUR PAYMENT ----------------------
PLEASE PUT YOUR INVOICE NUMBER ON YOUR CHECK

**Central Texas Litigation**
Support Services, Inc.
7215 Bosque Blvd
Waco, TX. 76710

Account #

Invoice Date   1/7/2017

Invoice #   28814

Rebecca L. Fisher, Attorney at Law
P. O. Box 781369
San Antonio, TX 78278

**Balance Due**   $0.00

Contact us at:
Office: 254-399-9400
Fax:  254-399-9404
www.centexlitigation.com
Email: centex@centexlitigation.com
TAX ID# 20-2888848

**Central Texas Litigation**
Support Services, Inc.
7215 Bosque Blvd
Waco, TX. 76710
www.centexlitigation.com
(254) 399-9400

STAPLE

# Invoice

| Date | Invoice # |
|---|---|
| 1/16/2017 | 28939 |

Rebecca L. Fisher, Attorney at Law
P. O. Box 781369
San Antonio, TX 78278


PAID 03/17/2017

**NEED A COURT REPORTER?**

Call us Today or email
CTLReporting@centexlitigation.com

| Job # | Terms | Client Ref # | Cause # |
|---|---|---|---|
| 16-148A | Net 30 | | 2:14-cv-00810-JRG-RSP |

| Description | Qty | Rate | Amount |
|---|---|---|---|
| Original and one electronic copy from the Deposition of Cynthia Freeman taken on December 1, 2016 with exhibits, condensed, e-tran and word index | | 537.38 | 537.38 |
| Original and one electronic copy from the Deposition of Joe McQuiston taken on December 2, 2016 with exhibits, condensed, e-tran and word index | | 982.13 | 982.13 |
| Original and one electronic copy from the Deposition of Ronnie Sartors taken on December 2, 2016 with exhibits, condensed, e-tran and word index | | 426.13 | 426.13 |
| Court Reporter: Brenda Hightower/Amber Collins | | | |
| Civil Action No. 2:14-cv-00810-JRG-RSP In the United States District Court for the Eastern District of Texas, Marshall Division Kimberly L. Cox vs. Megan J. Brennan, et al | | | |
| Announcing our new Client Portal to better serve you in the area of process service. As we continue to install new features, you are able to view the status updates on your documents. Check it out at http://central.lookupstatus.com. For assitance contact our office at 254-399-9400. | | Subtotal | $1,945.64 |
| | | Sales Tax (8.25%) | $0.00 |
| HUB CERTIFIED | | Balance Due | $0.00 |

------------------ PLEASE DETACH AND RETURN THIS PORTION WITH YOUR PAYMENT ----------------------
PLEASE PUT YOUR INVOICE NUMBER ON YOUR CHECK


**Central Texas Litigation**
Support Services, Inc.
7215 Bosque Blvd
Waco, TX. 76710

Account #

Invoice Date    1/16/2017

Invoice #    28939

Rebecca L. Fisher, Attorney at Law
P. O. Box 781369
San Antonio, TX 78278

**Balance Due**    $0.00

Contact us at:
Office: 254-399-9400
Fax:    254-399-9404
www.centexlitigation.com
Email: centex@centexlitigation.com
TAX ID# 20-2888848

**Central Texas Litigation**
Support Services, Inc.
7215 Bosque Blvd
Waco, TX. 76710
www.centexlitigation.com
(254) 399-9400

STAPLE

# Invoice

| Date | Invoice # |
|---|---|
| 4/19/2017 | 30277 |

Rebecca L. Fisher, Attorney at Law
P. O. Box 781369
San Antonio, TX 78278

**NEED A COURT REPORTER?**

Call us Today or email
CTLReporting@centexlitigation.com

| Job # | Terms | Client Ref # | Cause # |
|---|---|---|---|
| 1702815 | Net 30 | | 2:14-cv-00810-JRG-RSP |

| Description | Qty | Rate | Amount |
|---|---|---|---|
| Kimberly L. Cox vs Megan Brennan, et al. | | | |
| RUSK COUNTY SERVICE FEE: | | 95.00 | 95.00 |
| Ronnie Sartors, 610 Motley Drive, Overton, TX 75684 on 4/17/17 at 11:59 am | | | |
| Rush Service | | 15.00 | 15.00 |
| WITNESS FEE | | 68.75 | 68.75 |
| SUBPOENA PREPARATION | | 25.00 | 25.00 |

Announcing our new Client Portal to better serve you in the area of process service. As we continue to install new features, you are able to view the status updates on your documents. Check it out at http://central.lookupstatus.com. For assitance contact our office at 254-399-9400.

HUB CERTIFIED

| | |
|---|---|
| Subtotal | $203.75 |
| Sales Tax (8.25%) | $0.00 |
| Balance Due | $203.75 |

---------------------- PLEASE DETACH AND RETURN THIS PORTION WITH YOUR PAYMENT ----------------------
PLEASE PUT YOUR INVOICE NUMBER ON YOUR CHECK

**Central Texas Litigation**
Support Services, Inc.
7215 Bosque Blvd
Waco, TX. 76710

Account #
Invoice Date   4/19/2017
Invoice #      30277

Rebecca L. Fisher, Attorney at Law
P. O. Box 781369
San Antonio, TX 78278

**Balance Due  $203.75**

Contact us at:
Office: 254-399-9400
Fax:    254-399-9404
www.centexlitigation.com
Email: centex@centexlitigation.com
TAX ID# 20-2888848

**Central Texas Litigation**
Support Services, Inc.
7215 Bosque Blvd
Waco, TX. 76710
www.centexlitigation.com
(254) 399-9400

STAPLE

# Invoice

| Date | Invoice # |
|---|---|
| 4/26/2017 | 30404 |

Rebecca L. Fisher, Attorney at Law
P. O. Box 781369
San Antonio, TX 78278

**NEED A COURT REPORTER?**

Call us Today or email
CTLReporting@centexlitigation.com

| Job # | Terms | Client Ref # | Cause # |
|---|---|---|---|
| 1702816 | Net 30 | | 2:14-cv-00810-JRG-RSP |

| Description | Qty | Rate | Amount |
|---|---|---|---|
| Kimberly L. Cox vs Megan Brennan, et al. | | | |
| SMITH COUNTY SERVICE FEE: | | 95.00 | 95.00 |
| Cynthia Freeman, 105 E. 25th St., Tyler, TX 75702 on 4/18/17 at 5:10 pm | | | |
| Rush Service | | 25.00 | 25.00 |
| WITNESS FEE | | 75.08 | 75.08 |
| SUBPOENA PREPARATION | | 25.00 | 25.00 |

Announcing our new Client Portal to better serve you in the area of process service. As we continue to install new features, you are able to view the status updates on your documents. Check it out at http://central.lookupstatus.com. For assitance contact our office at 254-399-9400.

HUB CERTIFIED

| | |
|---|---|
| Subtotal | $220.08 |
| Sales Tax (8.25%) | $0.00 |
| Balance Due | $220.08 |

-------------------- PLEASE DETACH AND RETURN THIS PORTION WITH YOUR PAYMENT --------------------
PLEASE PUT YOUR INVOICE NUMBER ON YOUR CHECK

**Central Texas Litigation**
Support Services, Inc.
7215 Bosque Blvd
Waco, TX. 76710

Account #

Invoice Date   4/26/2017

Invoice #   30404

Rebecca L. Fisher, Attorney at Law
P. O. Box 781369
San Antonio, TX 78278

**Balance Due   $220.08**

Contact us at:
Office:  254-399-9400
Fax:     254-399-9404
www.centexlitigation.com
Email:  centex@centexlitigation.com
TAX ID# 20-2888848